**Petition for Writ of Mandamus Denied and Memorandum Opinion filed January 26, 2023.**



**In The**

# Fourteenth Court of Appeals

**NO. 14-22-00285-CV**

**IN RE PATRICK MORRIS, Relator**

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Court at Law No. 1**
**Galveston County, Texas**
**Trial Court Cause No. 21FD2580**

## MEMORANDUM OPINION

On April 25, 2022, relator Patrick Morris filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable John Grady, presiding

judge of County Court at Law No. 1 of Galveston County, to vacate his March 16, 2022 final protective order.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Wise, Poissant, and Wilson.